**Benjamin R. Trachtman, Esq. (SBN 137458)**
**Kelli A. Trachtman, Esq. (SBN 136888)**
**TRACHTMAN & TRACHTMAN**
**27401 Los Altos, Suite 300**
**Mission Viejo, CA  92691**
**Telephone:  (949) 282-0100**
**Facsimile:  (949) 282-0111**

JS-6

Attorneys for Defendant TARGET STORES, a division of TARGET CORPORATION (erroneously sued and served as TARGET CORPORATION)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JEANETTE COLLINS,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; and DOES 1 through 75, inclusive,<br><br>    Defendants. | CASE NO.:  EDCV09-956 SGL (JWJx)<br><br>**ORDER RE STIPULATION OF DISMISSAL** |

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal entered into between counsel for Plaintiff and Defendant on November 5, 2009 be entered as a matter of record and the case be hereby dismissed.

DATED:  November 20, 2009

_____
HONORABLE VIRGINIA A. PHILLIPS

-1-
_____
[PROPOSED] ORDER RE STIPULATION OF DISMISSAL

**PROOF OF SERVICE**
**FRCP 5**

**State of California  )**
                      ) ss.
**County of Orange  )**

I, Debra Brewster, the undersigned, am over the age of 18 years and not a party to this action.  I am employed with the law firm of Trachtman & Trachtman, whose address is 27401 Los Altos, Suite 300, Mission Viejo, California 92691.

On November ___, 2009, I served the interested parties in this action with the following documents:

**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL**

( ) **BY ELECTRONIC TRANSMISSION:**

I caused such document to be electronically transmitted via United States District Court, Central District of California, which is then printed and maintained with the original documents in our office.

(X)    BY MAIL:  I deposited such envelope in the mail at Mission Viejo, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firms' practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Mission Viejo, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(X) placing ( ) the original (X) a true copy thereof enclosed in the sealed envelopes addressed as follows:

W. Douglas Easton, Esq.
**LAW OFFICES OF W. DOUGLAS EASTON**
650 Town Center Drive, Suite 970
Costa Mesa, CA  92626
T:  (714) 850-4590
F:  (714) 850-1978
*Attorneys for Plaintiff JEANETTE COLLINS*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November ___, 2009, at Mission Viejo, California.

_____
Debra Brewster, Declarant